# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com

PRINT THIS
Powered by Clickability

Apr. 11, 2010
Copyright © Las Vegas Review-Journal

## NORM: 'Idol' finalists keep busy in Las Vegas

Season 9 "American Idol" finalists made the most of an Elvis experience during an overnight trip to Las Vegas.

Outnumbered by their own security force, the nine finalists took in Cirque du Soleil's "Viva Elvis" on Friday and took over the stage Saturday for some critique from mentor Adam Lambert, Season 8 runner-up.

They were in town to soak up all the Elvisness they could get for next week's show, which features Elvis music.

Lambert flew in from Vancouver to meet with the contestants, who rehearsed Elvis hits such as "Viva Las Vegas. " He told them not to be afraid to jump out of character.

No photos were released of the "Viva Elvis" visit, and security confiscated cell phones for most of the three-hour stay in the Elvis theater, although Vegas Confidential provided extensive details by Twitter feed (@norm_clarke).

Earlier, Lambert tweeted on his site that he was staying in Las Vegas to see the Muse, an English alternative rock band, for the first time. They were playing at Mandalay Bay Events Center.

Across town at Sam Boyd Stadium, Season 8 winner Kris Allen tweaked Lambert during Pet-a-Palooza, the annual pet extravaganza put on by KMXB-FM, 94.1, with Mark and Mercedes in the Morning, which drew an estimated 20,000 people.

While being interviewed on stage after his 45-minute performance, Allen saw a dog held by an attendee and remarked that the dog didn't look very happy.

"Must be an Adam fan," Allen jabbed.

Season 9 finalist Crystal Bowersox, the dreadlocked single mom from Ohio and "Idol" favorite according to several Web sites, raised some eyebrows Friday. When her fellow contestants gathered at the Aria buffet, she chose to sit at a table by herself.

It was the first trip to Las Vegas for many of the young hopefuls. For Andrew Garcia of Compton, Calif., it was his first plane ride, he said in a tweet as he boarded the plane Friday.

The "Idol" contingent left about 6 p.m. Saturday.

### HEF'S HAVING THE USUAL

For a guy who's famous for embracing variety as the spice of life, Hugh Hefner never strays when it comes to dining.

Sure enough, the customary e-mailed message with precise details on what he wanted and how he wanted it arrived at N9NE Steakhouse in advance of his arrival for his 84th birthday visit.

Hef's dinner do's and don'ts:

- One plate of sliced tomatoes with nothing on them.

- Lamb chops and sauce provided by the Playboy Mansion.

- Canned peas, also brought directly from the Mansion.

- Plain baked potato. No seasoning.

- When his entrée arrives, he nods, which is the signal to bring him a glass of cold milk.

- For dessert, vanilla cake with fresh strawberries and whipped cream.

- He drinks Jack Daniels and Pepsi and usually has a birthday shot or two.

I asked him about his longtime ritual during an interview Friday.

"It's something a restaurant can't screw up. It's a safe bet," said Hefner, adding that it's been his favorite meal since childhood (OK, not with Jack Daniels, another safe bet.)

SIGHTINGS

Reggie Bush of the New Orleans Saints, at Coyote Ugly (New York-New York) on Friday where his rumored new girlfriend, Jessie James, performed a four-song set. On Saturday, he showed up in her cabana at Venus Pool Club at Caesars Palace. He recently broke up with socialite Kim Kardashian. James has been romantically linked to Chicago Bears quarterback Jay Cutler. Earlier, Bush was at Wet Republic, the pool venue at MGM Grand, where he was in a cabana with a large group that included Paris Hilton. But the word is they kept their distance, no doubt still on chilly terms because of Kardashian's falling out with Hilton. ... Heidi Montag, hosting at Liquid Pool at Aria (CityCenter). ... "Dancing With the Stars" alum and "Entertainment Tonight" correspondent Melissa Rycroft-Strickland, with husband Tye Strickland, at The Palazzo for his 29th birthday. They met Joan Rivers backstage before heading for CUT Steakhouse. ... At the Playboy Club (Palms) on Friday: Laurence Fishburne . Actress/ model Jaime Pressly, at the Palms Pool & Bungalows on Friday. Also there: Brooke Hogan.

THE PUNCH LINE

"Archaeologists in Greece found the oldest man-made structure in a prehistoric cave. Meanwhile, archaeologists in Beverly Hills found the youngest man-made structure having dinner with her husband, Spencer Pratt." -- Jimmy Fallon

Norm Clarke can be reached at 702-383-0244 or norm@reviewjournal.com. Find additional sightings and more online at www.normclarke.com.

**Find this article at:**
http://www.lvrj.com/news/-idol--finalists-keep-busy-in-las-vegas-90560254.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

CLOSE X

Loading Image...

**MJ'S BIGBLOG**

Search

- Blog
-
- Chat
-
- Archives
-
- Idol Appearances
-
- Season 9 Schedule
-
- Season 9 Top 24
-
- Historical Charts
    - Idol Billboard Update: 9/13/08
    - Idol Billboard Update: 9/20/08
    - Idol Billboard Update: 9/27/08
    - Idol Billboard Update: 10/04/08
    - Idol Billboard Update: 10/11/08
    - Idol Billboard Update: 10/18/08
    - Idol Billboard Update: 10/25/08
    - Idol Billboard Update: 11/01/08
    - Idol Billboard Update: 11/08/08
    - Idol Billboard Update: 11/15/08
    - Idol Billboard Update: 11/22/08
    - Idol Billboard Update: 11/29/08
    - Idol Billboard Update: 12/06/08
    - Idol Billboard Update: 12/13/08
    - Idol Top 50
    - Idol Billboard Update: 12/20/08
    - Idol Billboard Year-End Chart 2008
    - Weekly Billboard Updates 2008
    - Idol Billboard Update: 01/10/09
    - Idol Billboard Update: 01/17/09
    - American Idol Season 8 Schedule
    - Idol Billboard Update: 01/24/09
    - Idol Billboard Update: 01/31/09
    - Season 8 Top 36
    - Idol Billboard Update: 02/07/09
    - Idol Billboard Update: 02/14/09
    - Idol Billboard Update: 02/21/09
    - Idol Billboard Update: 02/28/09
    - American Idol Season 8 Top 13

- Adam Lambert: American Idol Season 8 Top 13
        - American Idol Season 8 Top 13: Anoop Desai
        - Matt Giraud: American Idol Season 8 Top 13
        - Danny Gokey: American Idol Season 8 Top 13
        - Kris Allen: American Idol Season 8 Top 13
        - American Idol Season 8 Top 13: Michael Sarver
        - American Idol Season 8 Top 13: Jorge Nunez
        - American Idol Season 8 Top 13: Scott MacIntyre
        - American Idol Season 8 Top 13: Alexis Grace
        - Allison Iraheta: American Idol Season 8 Top 13
        - American Idol Season 8 Top 13: Jasmine Murray
        - American Idol Season 8 Top 13: Lil Rounds
        - American Idol Season 8 Top 13: Megan Joy Corkrey
    - Billboard Chart: 03/14/09
    - Billboard Chart: 03/21/09
    - Billboard Chart: 04/04/09
    - Billboard Chart: 04/11/09
    - Billboard Chart: 04/18/09
    - Billboard Chart: 04/25/09
    - Billboard Chart: 05/02/09
    - Billboard Chart: 05/09/09
    - Billboard Chart: 05/16/09
    - Billboard Chart: 05/23/09
    - Billboard Chart: 05/30/09
    - Billboard Chart: 06/06/09
    - Billboard Chart: 06/13/09
    - Billboard Chart: 06/27/09
    - Billboard Chart: 07/04/09
    - Billboard Chart: 07/11/09
    - Idol Billboard Year-End Chart 2009
    - Billboard End of Decade ('00s) Chart
    - Current BB Chart – 4/5/08
    - Idol Billboard Update: 12/27/08
    - Billboard Chart: 03/07/09
    - Billboard Chart: 03/28/09



« Kris Allen – Petapalooza! Las Vegas – VIDEO
American Idol Video Roundup! Alexis Grace, Jason Castro, Chris Daughtry »

# Idol Headlines for 04/11/10

April 11th, 2010 | Author: mj

**NORM: 'Idol' finalists keep busy in Las Vegas**

Season 9 "American Idol" finalists made the most of an Elvis experience during an overnight trip to Las Vegas.

Outnumbered by their own security force, the nine finalists took in Cirque du Soleil's "Viva Elvis" on Friday and

took over the stage Saturday for some critique from mentor Adam Lambert, Season 8 runner-up.

They were in town to soak up all the Elvisness they could get for next week's show, which features Elvis music.

Lambert flew in from Vancouver to meet with the contestants, who rehearsed Elvis hits such as "Viva Las Vegas." He told them not to be afraid to jump out of character.

While being interviewed on stage after his 45-minute performance, Allen saw a dog held by an attendee and remarked that the dog didn't look very happy.

"Must be an Adam fan," Allen jabbed.

Season 9 finalist Crystal Bowersox, the dreadlocked single mom from Ohio and "Idol" favorite according to several Web sites, raised some eyebrows Friday. When her fellow contestants gathered at the Aria buffet, she chose to sit at a table by herself.

Las Vegas Review

**Kris Allen** his wife **Katy** and band member **Cale Mills** attended the Garth Brooks concert in Las Vegas last night, @KrisAllen tweeted, ""It's not everyday that you get to meet someone that has inspired you to do what you do, but today…I did! http://twitpic.com/1etffg""

**Nigel Lythgoe** presented with an award last night. @dizzyfeet tweeted, "I've just been presented with a Philanthropy Award by the Academy of Television Arts and Sciences Foundation. Shankman gave it." About **Adam Shankman's** (producer, director and choreographer on SYTYCD) Nigel tweeted, "Adam was hilarious. I think he gave one of the funniest non-scripted speeches I have heard . thanks mate."

**Jason Castro** introduced the opening acts for his upcoming tour via twitter yesterday. @JasonCastro tweets, "BTW have I introduced my openers? Meet @CameraCantLie and @Michael_Castro! Buy their music and get aquainted!" Yes, that's Jason's brother, Michael who auditioned for and made the Hollywood rounds of *American Idol* seasons 8 and 9.

*More Idol Headlines after the JUMP…*

**Real Salt Lake notebook: Fans celebrate MLS Cup**

SANDY — Before the actual kickoff, Real Salt Lake got the ball rolling in style.

Celebrating its 2009 MLS Cup Championship, RSL had some appropriate festivities for a defending champion's home opener.

DREAMCOMETRUE: Along with the players, Make-A-Wish recipient, six-year-old JonahGomez went through the line to get a ring with his favorite player, Beckerman.

The festivities continued for Gomez at halftime as DavidArchuleta performed alongside the youngster with sickle-cell disease, even handing the microphone to the young crowd-pleasure for a few bars, becoming an instant crowd favorite.

Deseret News

**The 'American Idol' judges' save: Does it really matter?**

So the judges' save has been used already this season. Is that a good or bad thing? I think Michael Lynche probably deserved to be saved. But if Crystal Bowersox, or anyone else not named Andrew Garcia, Tim Urban,

# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:         Text

Registration Number / Date:
                      TX0007159695 / 2010-06-21

Application Title: Idol' finalists keep busy in Las Vegas.

Title:                Idol' finalists keep busy in Las Vegas.

Description:          Electronic file (eService)

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:  2010

Date of Publication:
                      2010-04-11

Nation of First Publication:
                      United States

Authorship on Application:
                      Stephens Media LLC, employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                      Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                          Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                          States, (702) 527-5900, dbrownell@righthaven.com

Names:                Stephens Media LLC
                      Righthaven LLC

==========================================================================
```